IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

February 20, 2008

Charles R. Fulbruge III
Clerk

No. 06-41633
Conference Calendar

UNITED STATES OF AMERICA

Plaintiff-Appellee

v.

CHRISTOPHER JACK COLLUM

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 6:05-CR-114-1

Before KING, WIENER, and ELROD, Circuit Judges.

PER CURIAM:[*]

The attorney appointed to represent Christopher Jack Collum has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967). Collum has filed a response. Our independent review of the record, counsel's brief, and Collum's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

and the APPEAL IS DISMISSED.  See 5TH CIR. R. 42.2.  Collum's motion to strike counsel's Anders motion and brief is DENIED.  See United States v. Wagner, 158 F.3d 901, 901-03 (5th Cir. 1998).